

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**Seema Kassab**
*Assistant Corporation Counsel*
Tel.: (212) 356-0827
skassab@law.nyc.gov

January 26, 2024

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

      Re:    *Samy Gaillard v. P.O. Aman Rana, et al.*, 23 CV 2294 (DLI) (VMS)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney representing defendants Aman Rana and Lawrence Bettex. The parties write jointly to inform the Court that the parties were not able to reach a settlement agreement at this time; however, the parties intend to revisit settlement discussions after discovery is complete.

Respectfully submitted,

*/s/ Seema Kassab*

Seema Kassab
*Assistant Corporation Counsel*

cc:    **By ECF**
       Alan D. Levine
       *Counsel for Plaintiff*